**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| ALEXANDER YOUNG<br><br>    Plaintiff,<br><br>v.<br><br>BRAVURA INFORMATION<br>TECHNOLOGY SYSTEMS, INC., et al.<br><br>    Defendants. | 1:18-cv-00376-ELH |

## ORDER

This Court, having reviewed the Joint Motion for Approval of Settlement filed in this matter and having found that the settlement reached between the parties constitutes a fair and reasonable resolution of a disputed claim under the Fair Labor Standards Act, does hereby GRANT the Joint Motion for Approval of Settlement and does hereby DISMISS this matter WITH PREJUDICE.

Date: 7-12-18

_____
Magistrate Judge Beth P. Gesner, United States
District Court for the District of Maryland